■

**Raleigh SIZEMORE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Rehearing Denied Feb. 21, 1975.

Ray B. White, J. Marshall Hughes, Bowling Green, for appellant.

Ed W. Hancock, Atty. Gen., Mark F. Armstrong, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

■

**Nannie Collins TAYLOR et al., Appellants,**

v.

**Zenneth BENTLEY et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

D. G. Boleyn, Hazard, for appellants.

Harry M. Caudill, Whitesburg, for appellees.

Memorandum Opinion of the Court by Special Commissioner HENRY V. PENNINGTON, Affirming.*

■

**Marcus TURNER, Guardian for Deborah Turner et al., Appellants,**

v.

**ASHER COAL & LUMBER COMPANY, INC., et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Denver Adams, Hyden, for appellants.

John S. Turner, Winchester, for appellees.

Memorandum Opinion of the Court by Special Commissioner JACK E. MUDD, Affirming.*

■

**Samuel VAUGHT, Jr., Appellant,**

v.

**CORNING GLASS WORKS et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

James F. Clay, Jr., Danville, for appellant.

James G. Sheehan, Jr., Sheehan & McClure, Danville, for appellees.

Memorandum Opinion of the Court by Special Commissioner JACK E. MUDD, Affirming.*

* Opinion ordered not to be published.